# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.  **CV 17-1955-JFW (PJWx)**                                Date: May 4, 2017

Title:  Certain Underwriters at Lloyds -v- Chartis Specialty Insurance Company

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                           None

**PROCEEDINGS (IN CHAMBERS):**     ORDER OF DISMISSAL

     In the Parties': (1) Notice of Settlement; and (2) Stipulation to Extend Time to Respond to Facilitate Completion of Settlement filed on May 3, 2017, Dkt. No. 12, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before June 19, 2017. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until June 19, 2017. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

     IT IS SO ORDERED.

Initials of Deputy Clerk  sr